

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-19-00500-CV

Mary Ann **JOHNSON**,
Appellant

v.

Chandler Elizabeth **JOHNSON** and Mary M. Johnson,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On September 13, 2019, appellant Mary Ann Johnson filed Plaintiff's Request for Taking of Judicial Notice. In light of our disposition of this appeal, we DENY appellant's motion as moot.

Entered on this 15th day of January, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court